■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL VARGAS DIAZ, Also Known as FELIPE, Appellant. [608 NYS2d 921] —Judgment unanimously affirmed. Memorandum: The court properly held that defendant was not in custody when he gave a statement to the police on March 13, 1991; a reasonable person, innocent of any crime, would have felt free to leave (see, *People v Yukl,* 25 NY2d 585, 589, *cert denied* 400 US 851). Defendant's remaining arguments on appeal are lacking in merit. (Appeal from Judgment of Monroe County Court, Maloy, J.—Murder, 2nd Degree.) Present—Pine, J. P., Balio, Doerr and Boehm, JJ.